UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/18
```

DAVE LAIOSA, JOSE TOLEDO,
SYLVIA ANDERSON (on behalf of herself
and JOHN DOE, in her capacity as guardian),
and ADRIAN MCCOY II, individually,

Case No.: 17-cv-00441-PGG

          Plaintiffs,

**NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)**

          v.

THE PROCTER & GAMBLE COMPANY,

          Defendant.

**PLEASE TAKE NOTICE** that the claims of Plaintiffs DAVE LAIOSA, JOSE TOLEDO, SYLVIA ANDERSON (on behalf of herself and JOHN DOE, in her capacity as guardian), and ADRIAN MCCOY II are hereby dismissed without prejudice in their entirety as against the Defendant, THE PROCTER & GAMBLE COMPANY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated:  January 10, 2018
      New York, New York

                        Lee Litigation Group, PLLC
                        30 East 39th Street, Second Floor
                        New York, NY 10016
                        Phone: (212) 465-1188

                        _/s/ C.K. Lee_____
                        C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J

Jan. 17, 2018